Memorandum. Alleging denial of a speedy trial contrary to statutory and constitutional rights, under an indictment charging possession of a weapon as a felony, petitioner instituted this CPLR article 78 proceeding in the Appellate Division, First Department, against the Justices of the Supreme Court and the District Attorney, New York County. Since said claim is not cognizable in such a proceeding, but may be reviewed on an appeal in the criminal action
 
 (Matter of Scranton v Supreme Ct. of State of N. Y.,
 
 36 NY2d 704;
 
 Matter of State of New York v King,
 
 36 NY2d 59, 62;
 
 Matter of Watts v Supreme Ct. of State of N. Y.,
 
 28 NY2d 714;
 
 Matter
 
 
 *950
 

 of Lee v County Ct. of Erie County,
 
 27 NY2d 432, 437;
 
 Matter of Blake v Hogan,
 
 25 NY2d 747), the judgment denying the application and dismissing the petition should be affirmed, without costs.
 

 Chief Judge Breitel and Judges Jasen, Gabrielli, Jones, Wachtler, Fuchsberg and Cooke concur.
 

 Judgment affirmed, without costs, in a memorandum.